In the Matter of DOMINICK RIZZO et al., Doing Business as ROC LOUNGE AND RESTAURANT, Petitioners, v. MARTIN C. EPSTEIN et al., Constituting the STATE LIQUOR AUTHORITY, Respondents.—

Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.